County Surrogate's Court granting the above-entitled petition and dismissed the proceeding.

*Solomon Hanford* and *William T. Houston* for appellants.

*Morgan J. O'Brien* and *Henry Major* for respondent.

Order of Appellate Division modified so as to direct a rehearing before the surrogate, upon which the issues raised by petition and answer may be tried, and as modified the order is affirmed, without costs in this court to either party; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

In the Matter of FRANCIS J. NEKARDA, an Attorney, Appellant. THE BAR ASSOCIATION OF THE CITY OF NEW YORK, Respondent.

*Matter of Nekarda,* 114 App. Div. 370, affirmed.
(Argued April 3, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which confirmed the report of a referee and disbarred the appellant herein from practice of the profession of attorney and counselor at law of the state of New York.

*Edwin T. Taliaferro* and *Paul Jones* for appellant.

*Tompkins McIlvaine* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

DAVID M. H. PLACE, Respondent, *v.* GEORGIANA E. KENNEDY, Appellant, Impleaded with Others.

*Place* v. *Kennedy,* 89 App. Div. 167, affirmed.
(Argued April 4, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 7, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action of partition.

*Edward L. Blackman* and *Alfred B. Cruikshank* for appellant.

*Burton C. Meighan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

WILLIAM STANTON, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent.

*Stanton* v. *International Railway Co.*, 109 App. Div. 910, affirmed.
(Argued April 4, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Philip A. Laing* for appellant.

*Charles B. Sears* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: HISCOCK, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* CHARLES M. COLMEY, Respondent.

*People* v. *Colmey*, 116 App. Div. 516, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered